The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 02-0078Z |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | CONTINUING TRIAL DATE AND |
| | ) | EXTEND TIME FOR FILING |
| MATTHEW PETERS, | ) | PRETRIAL MOTIONS |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the reasons stated in the joint motion of the parties to continue the trial date and extend time for filing pretrial motions, and upon a review of the records and files herein, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

The defendant, MATTHEW PETERS, has been charged in a five-count Superseding Indictment, which charges him with drug-related crimes.  One of the charges carries a mandatory minimum term of incarceration of ten years and, because PETERS has a prior drug conviction, the mandatory minimum term of incarceration could be increased to twenty years.

On September 21, 2005, PETERS was arrested on a provisional arrest warrant, requested by the United States Department of Justice and the State Department, and issued by Panamanian authorities.  On October 6, 2005, PETERS waived extradition and agreed to turn himself over voluntarily to the United States authorities.  On November 17, 2005, he made his first appearance in this District.

1    On November 23, 2005, a detention hearing was held and PETERS stipulated to

2  detention.  On December 8, 2005, PETERS was arraigned, pleaded not guilty to all the

3  charges and a January 30, 2006, trial date was set before this Court.  Morever, a motions

4  deadline date of December 29, 2005, was set.

5    The parties have jointly moved for a continuance of the trial date.  As grounds

6  therefore, the parties have cited the unusual age and nature of the case, including that the

7  substantive charges involve conduct from 1999.  Because of the age and nature of the

8  case, the parties have submitted that defense investigation of the charges and the

9  development of defense theories, will be more complicated and time-consuming than in

10  other cases, as, for example, witnesses may not be easily located and reconstruction of

11  the events will be more difficult.

12    In addition, counsel for the defendant has numerous other federal and state

13  commitments and he will not be able to afford the PETERS case the time and attention it

14  requires because of these previous commitments.

15    It therefore appearing to the Court that it would be unreasonable to expect

16  adequate preparation for pretrial proceedings and for the trial itself without a

17  continuance, even with diligent and good faith efforts by counsel to prepare for trial, and

18  it further appearing that the ends of justice served by granting the requested continuance

19  outweigh the interest of the public and the defendants in a speedy trial,

20    IT IS ORDERED that the trial date be continued from January 30, 2006, until

21  April 24, 2006.

22    IT IS FURTHER ORDERED that the period of delay from the date of this Order,

23  until April 24, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the

24  purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C.

25  §§ 3161-3174.

26

27    IT IS FURTHER ORDERED that the defendant shall file any pretrial motions by

28  February 16, 2006, and that the Government shall respond within fourteen days after the

[Proposed] Order Continue Trial Date - 2
United States v. Matthew Peters, 02-78Z

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

motions are filed, by March 2, 2006.

DATED this 30th day of December, 2005.

_Thomas S. Zilly_
_____
Thomas S. Zilly
United States District Judge

Presented by:


/s/ Tessa M. Gorman
_____
TESSA M. GORMAN
Assistant United States Attorney
WSBA# 35908
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Voice (206) 553-4994; Fax (206) 553-0755
Email:  Tessa.Gorman@usdoj.gov

[Proposed] Order Continue Trial Date - 3
United States v. Matthew Peters, 02-78Z