UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW PETERS,

    Defendant.

CR02-78-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Amended Motion, docket no. 46, for Early Termination of Supervised Release is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1