JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR02-078-TSZ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| MATTHEW PETERS, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Defendant's's motion, docket no. 52, to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3583(e).

IT IS NOW ORDERED that Defendant's term of supervised release is terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 30th day of May, 2019.

Thomas S. Zilly
United States District Judge

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Matthew Peters

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*USA v. Peters* / CR02-078-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**